No. 71–1497. BECK *v.* CONNECTICUT GENERAL LIFE

INSURANCE Co., *ante*, p. 845. Respondent requested to file response to petition for rehearing within 30 days.